UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEMAYEHU JIMMA,

                Plaintiff,

v.

CITY OF SEATTLE POLICE DEPARTMENT,

                Defendant.

CASE NO. C18-0771-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicates he has no income, no sources of money, no cash on hand or money in checking or savings accounts, and no interest in any property. He lists zero expenses, identified as: "Section 8, public transportation" and failed to sign the IFP portion of the form. (*Id*. at 2.) The Court is unable to consider plaintiff's application. Plaintiff must provide complete and detailed information as to his financial status and, if plaintiff has no means of support, he must explain how he is able to meet basic monthly expenses, including food and shelter. He must sign and date both the IFP and Written Consent for Payment of Costs portions of the form. Plaintiff is directed to submit a revised IFP application within **twenty (20) days** of the date of this Minute

MINUTE ORDER
PAGE - 1

Order. Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

DATED this 4th day of June, 2018.

WILLIAM M. MCCOOL, Clerk

By: s/ Sharita Tolliver
Deputy Clerk