___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

MAY 29 2018    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Almayehu Jimma

_____

_____,

Plaintiff(s),

v.

City of Seattle Police Dept.

_____

_____,

Defendant(s).

CASE NO. 18 CV 00771 RSL
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☑ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Almayehu Jimma |
| Street Address | 14019 32nd Ave NE Apt 41 |
| City and County | King County Seattle |
| State and Zip Code | Wa 98125 |
| Telephone Number | 206-290-5777 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Seattle Police Dept.
Job or Title (if known):
Street Address: 610 5th Ave
City and County: Seattle, King Ct.
State and Zip Code: Wa. 98124
Telephone Number: 206-625-5011
☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
☐ Individual capacity  ☐ Official capacity

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
☐ Individual capacity  ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    ☐ Individual capacity    ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

    ☒ No      ☐ Yes      If yes, how many? _____

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

1
2
3   Defendant(s)
4   _____
5   _____
6   _____
7   _____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

_____

Docket Number:  Click here to enter text.

Assigned Judge:  Click here to enter text.

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____
_____
_____

Approximate filing date of lawsuit:  Click here to enter date.

Approximate date of disposition:  Click here to enter date.

### III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

v. *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Unlawful arrest/false arrest 4th amendment violation. Denial equal protections of the law 14th amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was unlawfully arrest on May 25th 2017 and my son Pelle Alemayehu Arega was taken, no law violation and no court order. On Jan. 3rd I was arrested while trying to excute a court order with police assistance.

## IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

May 25th arrest was at my residence. On Jan 3rd I was arrested at my son school after following 911 instructions to excute court order to remove my child.

A. Where did the events giving rise to your claim(s) occur?

On May 25th I was home with my child. On Jan 3rd I had a court order.

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 25th 2017 6pm. On Jan 3rd 2018 5pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On May 25th S.P.D. came to my residence and arrested, they did not have any court order nor did they tell me anything.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

## V. INJURIES

On Jan 3rd 2018 I called 911 to execute a new court order. I followed their instructions and was arrested again without legal justification.

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Back related injuries from being handcuffed for more than 2 hours, Stress related anguish, no proper medical treatment. While I was under doctors care before arrest. My left side loss mobility.

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I asking the court for 25 million dollars. I lost my son, I have been mentally stressed out. I have been dehumanized from the arrest. And I will not be able to work again because of my back.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

| | |
|---|---|
| 1 | I agree to provide the Clerk's Office with any changes to my address where case-related |
| 2 | papers may be served. I understand that my failure to keep a current address on file with the |
| 3 | Clerk's Office may result in the dismissal of my case. |

Date of signing: 5/29/18

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Alemayehu Jimma

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8