UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALMAYEHU JIMMA,

                Plaintiff,

     v.

CITY OF SEATTLE POLICE DEPARTMENT,

                Defendant.

CASE NO. C18-0771-RSL

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Almayehu Jimma, proceeding pro se and *in forma pauperis* (IFP) in this civil matter, submitted a motion for appointment of counsel. (Dkt. 11.) The motion was referred to the undersigned for a determination. (Dkt. 12.) Having now considered the motion, the Court finds and ORDERS as follows:

(1) Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he Court may request an attorney to represent any person unable to afford counsel." However, there is no right to appointment of counsel in a civil case. *See United States v. 30.64 Acres of Land*, 795 F.2d 796, 801 (9th Cir. 1986). Moreover, the Court may appoint counsel only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). "A finding of exceptional circumstances

requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id.* These factors must be viewed together before reaching a decision on a request for counsel under § 1915(e)(1). *Id.*

Plaintiff provides little to no information in support of his motion for the appointment of counsel. Having considered the motion, as well as plaintiff's complaint, the Court finds insufficient information to allow for a determination that exceptional circumstances warrant the appointment of counsel. As it stands, plaintiff does not demonstrate a likelihood of success on the merits. Nor is it clear plaintiff is unable to articulate his claims pro se. Accordingly, plaintiff's motion for appointment of counsel (Dkt. 11) is herein DENIED without prejudice to renewal of the motion at a later date.

(2) The Clerk shall send a copy of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this <u>2nd</u> day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge