UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEMAYEHU JIMMA,

    Plaintiff,

    v.

CITY OF SEATTLE POLICE DEPARTMENT,

    Defendant.

NO. C18-0771RSL

ORDER STRIKING REMAINING CASE MANAGEMENT DEADLINES

This matter comes before the Court on "Defendant's Motion to Stay Trial and Trial Related Deadlines Pending Disposition of Summary Judgment." Dkt. # 26. The motion is unopposed.

The parties have filed cross-motions for summary judgment which are currently pending before the Court. It is generally more efficient to define the contours of the disputed issues of fact before the parties draft motions in limine and prepare for trial. In light of the unopposed nature of defendant's request, the motion is GRANTED: the trial date and all remaining case management deadlines are hereby STRICKEN and will be reset if necessary after the Court issues its summary judgment rulings.

ORDER STRIKING REMAINING
CASE MANAGEMENT DEADLINES - 1

Dated this 22nd day of August, 2019.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge