UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEMAYEHU JIMMA,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF SEATTLE POLICE DEPARTMENT,<br><br>   Defendant. | NO. C18-0771RSL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On August 22, 2019, the Court granted defendants' unopposed motion to stay the trial and related dates pending resolution of defendants' motion for summary judgment. Dkt. # 30. Plaintiff timely filed a motion for reconsideration, arguing that he never received the motion and requesting leave to respond. Dkt. # 31. Defendants submitted evidence that the motion to stay was sent to plaintiff via FedEx overnight shipping and left at the "front door" with no signature required. Dkt. # 33-1 at 2 and Dkt. # 33-2 at 2.

Whether the "front door" mentioned in the tracking documents is the door to plaintiff's apartment or the main entrance to the apartment building in which he lives is unclear. The Court need not determine whether service was successful, however. The pretrial deadlines were stayed primarily because "[it] is generally more efficient to define the contours of the disputed issues of fact before the parties draft motions in limine and prepare for trial." Dkt. # 30 at 1. The Court

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

has not yet ruled on the pending dispositive motions, and there is no reason to reinstate pretrial deadlines that would compel the parties to undertake significant preparatory efforts without knowing what claims will be tried.

For all of the foregoing reasons, plaintiff's motion for reconsideration is DENIED.

Dated this 26th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2