| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 27 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEMAYEHU JIMMA, | No. 19-36114 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-00771-RSL |
| v. | Western District of Washington, Seattle |
| SEATTLE POLICE DEPARTMENT, | ORDER |
| Defendant-Appellee. | |

Before: FRIEDLAND and MILLER, Circuit Judges.

Appellant's motion for appointment of counsel (Docket Entry No. 2) is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The opening brief is due May 11, 2020; the answering brief is due June 10, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in the answering brief. *See* 9th Cir. R. 30-1.7.

SM/MOATT