UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEMAYEHU JIMMA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SEATTLE POLICE DEPARTMENT, <br><br> Defendant - Appellee. | No. 19-36114 <br><br> D.C. No. 2:18-cv-00771-RSL <br> U.S. District Court for Western Washington, Seattle <br><br> **ORDER** |

A review of the docket demonstrates that appellant has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Yee
Deputy Clerk
Ninth Circuit Rule 27-7